## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHEILA NELSON-COLE, | : | |
|     Plaintiff, | : | |
| | : | |
|     v. | : | Case No. 2:24-cv-4575-JDW |
| | : | |
| GERMAN YAKUBAR, *et al.*, | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 5th day of November, 2024, upon consideration of Plaintiff Sheila Nelson-Cole's Motion to Proceed *In Forma Pauperis* (ECF No. 1), it is **ORDERED** that the Motion is **GRANTED** for the reasons stated in the accompanying Memorandum.

It is **FURTHER ORDERED** that the Complaint is **DEEMED** filed and is **DISMISSED**, for the reasons stated in the accompanying Memorandum and as follows:

1. Ms. Nelson-Cole's federal claims are **DISMISSED WITH PREJUDICE**;

2. Ms. Nelson-Cole's state claims are **DISMISSED** for lack of jurisdiction without prejudice to Ms. Nelson-Cole reasserting those claims in state court.

Ms. Nelson-Cole may not file an amended complaint in this case.

The Clerk of Court shall mark this case closed.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**